```
                    UNITED STATES DISTRICT COURT

                      DISTRICT OF CONNECTICUT

AETNA US HEALTHCARE             :

     v.                         :     CASE NO. 3:02CV2236 (AWT)

RAYMOND DIPALMA                 :
```

### NOTICE TO COUNSEL

One hundred twenty (120) days having elapsed since the filing of the complaint and the issuance of the summons, without return of service, plaintiff shall within fifteen (15) days of this order report to the court on the status of this service of process. In the absence of satisfactory compliance with this Order, see Rule 4(m), Fed.R.Civ.P., the court shall, thirty (30) days from this date, enter a dismissal pursuant to Rule 41(b), Fed.R.Civ.P.

It is so ordered.

Dated at Hartford, Connecticut this 19th day of January, 2006.

                              KEVIN F. ROWE, CLERK


                              BY:_____
                                   Sandy Smith
                                   Deputy Clerk