UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| AETNA US HEALTHCARE | : | |
| v. | : | CASE NO. 3:02CV2236 (AWT) |
| RAYMOND DIPALMA | : | |

JUDGMENT

One hundred twenty (120) days having elapsed since the filing of the complaint and issuance of a summons without a return of service, and

No action having been taken by counsel subsequent to such notice and no satisfactory explanation therefore having been submitted to the court within thirty days of such notice;

It is ORDERED that this case is hereby dismissed without prejudice pursuant to Rule 4(m), Fed.R.Civ.P.

Dated at Hartford, Connecticut this 20th day of March, 2006.

KEVIN F. ROWE, CLERK

By: _____/s/_____
Sandra Smith
Deputy Clerk